E-FILED 10/9/19

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMEY EDWARDS an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTWELL STAFFING SERVICES, INC. d/b/a CHARTWELL STAFFING SOLUTIONS, a New York corporation; and DOES 1 through 50, inclusive,<br><br>Defendants.<br><br>―――――――――――――――――<br>CHARTWELL STAFFING SERVICES, INC. d/b/a CHARTWELL STAFFING SOLUTIONS, a New York corporation,<br><br>Cross-Complainant,<br><br>v.<br><br>AMERICAN FOOD PROCESSING & PACKING, LLC d/b/a AVALON FOOD PACKING, a California Limited Liability Company,<br><br>Cross-Defendant. | Case No. 2:16-cv-09187-PSG-KS<br><br>Honorable. Philip S. Gutierrez<br>Magistrate Karen L. Stevenson<br><br>**CLASS ACTION**<br><br>**[PROPOSED] JUDGMENT** |

JUDGMENT

On August 27, 2018, this Court issued an order granting final approval of the Settlement Agreement between Plaintiff Jeremey Edwards, Defendant and Cross-Complainant CHARTWELL STAFFING SERVICES, INC. d/b/a CHARTWELL STAFFING SOLUTIONS, and Cross-Defendant AMERICAN FOOD PROCESSING & PACKING, LLC d/b/a AVALON FOOD PACKING (Dkt. No. 62).

It is hereby ordered that judgment be entered against Cross-Defendant AMERICAN FOOD PROCESSING & PACKING, LLC d/b/a AVALON FOOD PACKING in the amount of $300,000.

**IT IS SO ORDERED.**

Dated: 10/8/19

PHILIP S. GUTIERREZ
_____
Honorable Philip S. Gutierrez
United States District Judge